UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR00-079-JCC |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| KENNETH DWAYNE MOODY, | |
| Defendant. | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on September 16, 2008. The United States was represented by AUSA Helen J. Brunner and the defendant by Terrence Kellogg. The proceedings were digitally recorded.

Defendant had been sentenced on or about July 14, 2000 by the Honorable John C. Coughenour on a charge of Armed Bank Robbery, and sentenced to 92 months custody, 5 years supervised release. (Dkt. 23.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to mandatory drug testing, participate in a drug program, abstain from alcohol, pay restitution in the amount of $200, submit

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

to search, and provide his probation officer with financial information.

On May 18, 2007, the conditions of supervision were modified to require mental health counseling. (Dkt. 34.)

On October 19, 2007, the conditions of supervision were modified to require 180 days of home confinement with electronic monitoring and sobrietor. (Dkt. 35.)

In an application dated February 1, 2008 (Dkt. 37), U.S. Probation Officer Calvin K. Bouma Jr. alleged the following violations of the conditions of supervised release:

1. Failing to comply with the home confinement program on or about November 20, 2007, in violation of the special condition that he participate in the home confinement program with electronic monitoring for 180 days.

2. Failing to comply with the home confinement program on or about December 3, 2007, in violation of the special condition that he participate in the home confinement program with electronic monitoring for 180 days.

3. Committing the crime of Aggravated Harassment (DV), a felony (RCW 9.94A.535(3)(h), RCW 10.99.020, RCW 9A.46.020(1) and (2)(b)(ii), on or before December 1, 2007, in Snohomish County, Washington, in violation of the standard condition that he not commit another federal, state, or local crime.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violation 2 and waived any evidentiary hearing as to whether it occurred. With regard to alleged violation 3, defendant admitted that he committed the crimes for which he has been convicted in Snohomish County Cause #07-1-03840-4. The parties will provide Judge Coughenour with a copy of the judgment no later than the disposition hearing in

this matter. The United States moved to dismiss alleged violation 1. (Dkt. 42.)

I therefore recommend the Court find defendant violated his supervised release as alleged in violation 2, as admitted with regard to violation 3, that the court dismiss violation 1 and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this 16th day of September, 2008.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
AUSA: Helen J. Brunner
Defendant's attorney: Terrence Kellogg
Probation officer: Calvin K. Bouma, Jr.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3